UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. THACKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AT&T CORPORATION, AND<br>DIVERSIFIED CONSULTANTS INC.,<br><br>　　　　Defendant. | Case No.: 2:20-cv-00255-KJM-CKD<br><br>ORDER PARTIALLY GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER |

　　　　Based on the joint stipulation of the parties, Plaintiff David Thacker and Defendant AT&T Mobility, LLC, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the scheduling order is amended as follows:

　　　　1.　　Fact Discovery cut-off: continued from December 16, 2020 to April 14, 2021.

　　　　2.　　Designation of experts: continued from December 16, 2020 to April 14, 2021.

     3.     Designation of rebuttal experts: continued from December 30, 2020 to April 28, 2021.

     4.     Expert discovery cut-off: continued from March 1, 2021 to June 28, 2021.

     5.     Deadline for filing dispositive motions: continued from March 5, 2021 to July 2, 2021.

~~6.     Final Pre-Trial Conference: continued from April 16, 2021 to August 13, 2021.~~

~~7.     Jury Trial to begin: continued from April 26, 2021 to August 23, 2021.~~

The final pretrial conference and jury trial will take place before the assigned district judge, the Hon. Kimberly J. Mueller. The undersigned declines to set final pretrial conference and trial dates at this juncture, however. Instead, the court orders the parties to submit a Notice of Trial Readiness on one of the following timelines:

A. After resolution of any pending dispositive motions, the parties are to submit the Notice not later than thirty (30) days after receiving the district court's ruling(s) on the last filed dispositive motion(s); or

B. If the parties do not intend to file dispositive motions, the parties are ordered to file the Notice not later than one hundred twenty (120) days after the

close of discovery, and the notice must include statements of intent to forgo the filing of dispositive motions.

In the Notice of Trial Readiness, the parties are to set forth the appropriateness of special procedures, their estimated trial length, any request for a jury, their availability for trial, and if the parties are willing to attend a settlement conference. The Notice shall also estimate how many court days each party will require to present its case, including opening statements and closing arguments. The parties' estimate shall include time necessary for jury selection, time necessary to finalize jury instructions and instruct the jury. After review of the parties' Joint Notice of Trial Readiness, the court will issue an order that sets forth dates for a final pretrial conference and trial.

Dated:  November 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE