David C. Thacker, pro se
2029 Moss Valley Drive
Fairfield, CA 94534
Tel: (707) 344-4492
kawikati@hotmail.com

James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:  619-758-1891
Fax:  877-334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for AT&T Corporation and AT&T Mobility, LLC

**FILED**

APR 29 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. THACKER, | Case No.: 2:20-cv-00255-KJM-CKD |
| Plaintiff, | JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |
| vs. | |
| AT&T CORPORATION, AND DIVERSIFIED CONSULTANTS INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff David Thacker and Defendants AT&T Corporation and AT&T Mobility, LLC, that this matter is

dismissed with prejudice as to AT&T Corporation and AT&T Mobility, LLC only. Each party is to bear its own costs and fees.

Dated: 04/24/2021

_David C. Thacker_
David C. Thacker, pro se

Dated: 4/14/21         SESSIONS, ISRAEL & SHARTLE, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendants
AT&T Corporation and AT&T Mobility, LLC

IT IS SO ORDERED.

_____
Hon. Kimberly J. Mueller
United States District Judge

CASE NAME: David C. Thacker v. AT&T Corporation, et al

CASE NO.    2:20cv-00255-KMJ-CKD

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States of America, over the age of 18 years and not a party to the within action; my business address is 2029 Moss Valley Drive, Fairfield, California 94534.   On this date I served the following:

1. JOINT STIPULATION OF DISMISSAL AND (PROPOSED) ORDER

I served a true and correct copy of the above-named document(s) by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. Mail at Fairfield, California. Said envelope was/were addressed as listed hereafter:

Diversified Consultants, Inc.
C/O Thames Markey & Heekin, P.A.
50 N Laura Street  Suite 1600
Jacksonville, FL 32202-3614

James K. Schultz, Esq.
Debbie P. Kirkpatrick, Esq.
Sessions, Israel & Shartle, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated 04-24-21

Betty Thacker
2029 Moss Valley Drive
Fairfield, CA 94534